MATTHEW LEWIS (SBN 155516)
Email: mlewis@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

JEREMY T. ELMAN (SBN 223696)
email: jelman@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

STEFAN M. MENTZER (admitted *pro hac vice*)
email: smentzer@whitecase.com
DANIEL LEDESMA (admitted *pro hac vice*)
email: daniel.ledesma@whitecase.com
TIMOTHY F. KEEGAN (admitted *pro hac vice*)
email: timothy.keegan@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas,
Floor 49 Reception
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Attorneys for Defendant NetEase, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH LEDERGERBER, an individual<br><br>Plaintiff,<br><br>v.<br><br>NETEASE, INC., et al.,<br><br>Defendant. | Case No. 2:20-cv-00862 AB(PJWx)<br><br>Hon. André Birotte Jr.<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Complaint Filed: January 28, 2020 |

# JOINT STIPULATION

TO THE HONORABLE COURT:

Plaintiff Ralph Ledergerber ("Plaintiff") and Defendant NetEase, Inc. ("Defendant") (collectively, the "Parties"), through undersigned counsel, hereby submit this joint stipulation for an order continuing the Scheduling Conference and related deadlines.

The Parties agree that good cause exists for the requested continuance. The Scheduling Conference currently is set for August 21, 2020. The Court recently held a hearing on Defendant's motion to dismiss, which remains under submission. The motion, if granted in its entirety, would dismiss the action, potentially avoiding the need for the Scheduling Conference. In addition, Plaintiff recently sought to add Guangzhou NetEase Computer System Co., Ltd. ("Guangzhou") as a defendant to this case. Plaintiff's request, to which NetEase objected, remains pending. If Guangzhou is added as a party, its role as defendant is relevant to the case schedule.

WHEREAS, Plaintiff filed the complaint on January 28, 2020;

WHEREAS, the Parties filed a joint stipulation to extend the time to answer the complaint on March 5, 2020;

WHEREAS, Defendant filed a motion to dismiss on April 17, 2020;

WHEREAS, the Parties filed a joint stipulation setting the hearing on Defendant's motion to dismiss for July 17, 2020;

WHEREAS, Plaintiff filed an opposition to Defendant's motion to dismiss on June 19, 2020;

WHEREAS, Defendant filed a reply in further support of its motion to dismiss on July 2, 2020;

WHEREAS, on July 10, 2020, the Court continued the hearing on Defendant's motion to dismiss from July 17, 2020 to July 24, 2020;

WEREAS, on July 17, 2020, the Parties filed a joint stipulation to continue the hearing on Defendant's motion to dismiss from July 24, 2020 to July 31, 2020;

1  WHEREAS, on July 21, 2020, the Court ordered the hearing on Defendant's motion to dismiss to be heard on August 4, 2020;

WHEREAS, Plaintiff filed a Notice of Doe Amendment to name Guangzhou NetEase Computer System Co., Ltd. as a defendant, on July 23, 2020;

WHEREAS, Defendant filed an objection to Plaintiff's Notice of Doe Amendment on July 28, 2020;

WHEREAS, the Court heard oral argument on Defendant's motion to dismiss on August 4, 2020.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel, and with this Court's consent, as follows:

1. The Parties incorporate by reference, and stipulate to, all points and agreements set forth above.

2. The Scheduling Conference and related dates are continued as follows:

|  | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Rule 26(f) conference | July 31, 2020 | Sept. 4, 2020 |
| Joint Rule 26(f) Report | Aug. 7, 2020 | Sept. 11, 2020 |
| Rule 26 disclosures | Aug. 14, 2020 | Sept. 18, 2020 |
| Scheduling Conference | Aug. 21, 2020 | Sept. 25, 2020 |

IT IS SO STIPULATED.

Dated: August 17, 2020

Respectfully submitted,

WHITE & CASE LLP

By: */s/ Stefan M. Mentzer*
Stefan M. Mentzer

*Attorneys for Defendant
NetEase, Inc.*

Dated: August 17, 2020            Respectfully submitted,

DONIGER / BURROUGHS

By:    */s/ Stephen Doniger*
       Stephen Doniger

*Attorneys for Plaintiff*

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Stephen Doniger, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

Dated: August 17, 2020            */s/ Stefan M. Mentzer*
       Stefan M. Mentzer