# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS,<br><br>Plaintiff,<br><br>v.<br><br>NETEASE, INC., et al.,<br><br>Defendants. | The following four cases are consolidated for the purposes of this Stipulation only:<br>Case No: 2:20-cv-00861-AB(JC) *Stross*<br>**Case No: 2:20-cv-00862-AB(JC)** ***Ledergerber***<br>Case No: 2:20-cv-00863-AB(JC) *Walmsley*<br>Case No: 2:20-cv-02044-AB(JC) *Kühmstedt*<br><br>*Hon. André Birotte Jr. Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND PRETRIAL AND TRIAL DATES**<br><br>**Current Deadlines:**<br>Fact Discovery Cutoff: 1/8/21<br>Expert Discovery Cutoff: 2/19/21<br>Hearing Motion Cutoff: 3/19/21<br>ADR Cut off: 4/2/21<br>Pretrial Conference: 6/11/21<br>Trial: 6/29/21 |
| RALPH LEDERGERBER,<br><br>Plaintiff,<br><br>v. | |

| | |
|---|---|
| NETEASE, INC., et al., | |
| Defendants, | |
| JOHN WALMSLEY, | |
| Plaintiff, | |
| v. | |
| NETEASE, INC., et al., | |
| Defendants. | |
| BERNHARD KUHMSTEDT, | |
| Plaintiff, | |
| v. | |
| NETEASE, INC., et al., | |
| Defendants. | |

## ~~[PROPOSED]~~ ORDER:

The Court, having reviewed the Parties' Stipulation to Extend Pretrial and Trial Dates, and for good cause appearing, makes the following order:

The Case Management Order is modified as follows:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Discovery Cut off | January 8, 2021 | February 26, 2021 |
| Initial Expert Disclosures | January 15, 2021 | March 5, 2021 |
| Rebuttal Expert Disclosures | February 5, 2021 | March 26, 2021 |
| Expert Discovery Cut off | February 19, 2021 | April 9, 2021 |
| Last Day to Hear Motions | March 19, 2021 | May 7, 2021 |
| Settlement Cutoff | April 2, 2021 | May 21, 2021 |
| Status Report re Settlement | April 9, 2021 | May 28, 2021 |
| Final Pre-trial Conference (Stross) | June 11, 2021 | July 30, 2021 at 11:00 am |
| Trial (Stross) | June 29, 2021 | August 17, 2021 at 8:30 am |
| Final Pre-trial Conference (Ledergerber) | June 25, 2021 | August 13, 2021 at 11:00 am |
| Trial (Ledergerber) | July 13, 2021 | August 31, 2021 at 8:30 am |
| Final Pre-trial Conference (Walmsley) | July 9, 2021 | August 27, 2021 at 11:00 am |
| Trial (Walmsley) | July 27, 2021 | September 14, 2021 at 8:30 am |
| Final Pre-trial Conference (Kühmstedt) | August 13, 2021 | October 1, 2021 at 11:00 am |

| Trial (Kühmstedt) | August 31, 2021 | October 19, 2021 at 8:30 am |

//

//

<u>SO ORDERED.</u>

Dated: December 11, 2020     By: _____
                                                  HON. ANDRÉ BIROTTE JR
                                                  UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER